**FIFTH DIVISION**
**MCFADDEN, P. J.,**
**RICKMAN, P. J., and MERCIER, J.**

**NOTICE: Motions for reconsideration must be _physically received_ in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**September 9, 2025**

# In the Court of Appeals of Georgia

A24A0033. P&J BEVERAGE CORPORATION v. THE BOTTLE SHOP, LLC.

MERCIER, Judge.

In *P&J Beverage Corp. v. The Bottle Shop*, 372 Ga. App. 461 (904 SE2d 125) (2024), this Court affirmed the jury's verdict in favor of The Bottle Shop. However, in *P&J Beverage Corp. v. The Bottle Shop*, ___ Ga. ___ (S25G0016, Aug. 12, 2025), the Supreme Court of Georgia found that The Bottle Shop failed to provide adequate statutory notice for its abusive litigation claim, and, as such, the trial court erred by denying P&J's motions for a directed verdict and for judgment notwithstanding the verdict on this claim, and this Court erred by affirming the trial court. Id. at (3) (c). The Supreme Court vacated the judgment of the trial court and remanded the case to the trial court "to determine what portion of the awards, if any, is still valid, and to

determine whether a retrial is necessary" in light of the Supreme Court's holding. Id. at (4). Thus, we vacate our opinion in this case and adopt the opinion of our Supreme Court as our own.

*Judgment vacated and case remanded. McFadden, P. J., and Rickman, P. J., concur.*